# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3071
LT Case No. 2023-SC-005309-X

_____

RICHARD ROBERT KOCH and
KIMBERLEY ANN KOCH,

     Appellants,

     v.

JED LINEBERRY and TWILA
LINEBERRY,

     Appellees.

_____

On appeal from the County Court for Duval County.
Rhonda Peoples-Waters, Judge.

Richard Robert Koch and Kimberley Ann Koch,
Jacksonville, pro se.

Jed Lineberry and Twila Lineberry, Jacksonville, pro se.

February 6, 2024

PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————